UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs | § | MAGISTRATE NO. M-05-1460 |
| | § | |
| ZAIRA RIVERA | § | |

## ORDER OF DEPOSITION

The following persons are currently being detained as a material witness in the above-entitled and numbered case:

1. Bolivar Matias-De Souza

2. Fabio Aparecido-Vaz Da Mota

The Court, having found, pursuant to 18 U.S.C. § 3144, that testimony of the above material witnesses can adequately be secured by deposition, and that further detention would not be necessary to prevent a failure of justice, **ORDERS** that a deposition at the expense of the government be taken of the above material witnesses. The videotaped depositions will be taken:

 Date: as agreed by the parties but no later than April 15, 2005.
Time: at 2:00 p.m.
Place: 8th Floor, Grand Jury Room,
Bentsen Tower,
1701 West Business Highway 83,
McAllen, Texas.

Counsel for Defendant and Defendant are required to be present at the deposition.

The Clerk shall send a copy of this order to counsel for the Defendant, the material witnesses, the United States Attorney, and the United States Marshal.

DONE this 11th day of April, 2005 at McAllen, Texas.

Randy Crane
United States District Judge